AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____FOR THE JUDICIAL_____ DISTRICT OF _____PUERTO RICO_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 99-306(PG) |
| RAMON DIAZ ORTIZ | |

To the Clerk of this court and all parties of record:

Enter my appearance as **Lead Counsel** in this case for the United States of America.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 7th day of March, 2006.

                                  H. S. GARCIA
                                  United States Attorney

                                  S/ *Judith Vargas*
                                  Judith Vargas - USDC No. 219914
                                  Attorney for Plaintiff
                                  United States Attorney's Office
                                  Torre Chardón, Suite 1201
                                  350 Carlos Chardón Street
                                  San Juan, Puerto Rico 00918
                                  Tel: (787) 766-5656
                                  Fax: (787) 771-4050
                                  Email: judith.vargas@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel.

      At San Juan, Puerto Rico this 7th day of March, 2006.

                                              S/ *Judith Vargas*
                                              Attorney for Plaintiff

Case 3:99-cr-00309-DRD    Document 273    Filed 03/07/2006    Page 2 of 2