AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL | DISTRICT OF | PUERTO RICO

UNITED STATES OF AMERICA
V.
**CARLOS R. RODRIGUEZ**
Union St., Piedras Blancas Sector
Bo. Camarones, Guaynabo, PR
(Name and Address of Defendant)
Tel: 787-593-5894 and 787-531-0092 (wife Vilma Toyens)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   99 CR 00309-04 (DRD)
               99 CR 00385-02 (PG)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. Courthouse and Federal Building<br>Carlos Chardon Street<br>Hato Rey, Puerto Rico  00918 | Courtroom No. 2 |
| | Date and Time |
| Before:   Honorable Juan M. Pérez-Giménez | Friday, June 13, 2008 @ 9:15 A.M. |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    X Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF RELEASE

JDIS
AFO ☐    IN ☑
CIV ☑    OUT ☑
Item: 1

S/ Juan M. Pérez-Giménez, USDJ            June 5, 2008
Signature of Issuing Officer              Date

Janet Gonzalez, Deputy Clerk
Name and Title of Issuing Officer

COPY             ☐
ORIGINAL         ☐
SERVICE COPY     ☑
USAO COPY        ☐

AO83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Date

Service was made by me

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: _Union ST. Bo. Camarones Guaynabo, P.R._

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _06/09/2008_
Date

_Esteban Soto III_
Name of United States Marshal

_Rafael Ortega_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.