IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                      DATE: 6-13-08

HONORABLE JUDGE JUAN M. PEREZ-GIMENEZ

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 99-309-04 (PG)

C. REPORTER : JOYCE DEL VALLE

USPO : HUMBERTO MARCHAND     INT: ANNIE FLORES
================================================================

UNITED STATES OF AMERICA          AUSA- ILIANYS RIVERA

Plaintiff(s)

V.

CARLOS RODRIGUEZ-MORALES          AFPD-YASMIN IRIZARRY

Defendant(s)
================================================================

CASE CALLED FOR FINAL REVOCATION HEARING. Arguments by both parties heard. Honorable Judge Pérez-Gímenez entered his findings that base on the evidence the supervised release term imposed on May 14, 2002 is hereby revoked. Allocution by defendant heard. The Court proceeded to sentence defendant accordingly.

It is the judgment of the Court that Carlos Rodriguez-Morales is hereby ordered to serve eight (8) hours of imprisonment at the U.S. Marshals' holding cell . Defendant is granted six (6) days to surrender to the Marshals Service to allow for arrangements with his employer. Upon release from confinement, the releasee shall served a supervised release term of (12) months. The defendant is advised of his right to appeal, etc.

S/ Carlos J. Rodríguez
Deputy Clerk
